W. George Wailes, Esq. (Bar No. 100435)
Barry J. Parker (Bar No. 151732)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:    (650) 342-7685

Attorneys for Plaintiff
CLEAR FOCUS IMAGING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR FOCUS IMAGING, INC., a California corporation,<br><br>                    Plaintiff,<br><br>         vs.<br><br>3M COMPANY, a Delaware corporation,<br><br>                    Defendant. | No. 05-04062 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

IT IS HEREBY STIPULATED THAT, by and between the parties to the above-referenced action, the date for the Case Management Conference shall be rescheduled from February 10, 2006 to April 7, 2006.  This Stipulation is made so that the parties may focus on private alternative dispute resolution.  The parties have agreed to non-binding mediation before The Honorable Eugene F. Lynch (ret.) at J.A.M.S. on January 10, 2006.  The parties are hopeful that a settlement can be reached by ADR and a dismissal filed before February 10, 2006.

Therefore, the dates in this Court's Initial Case Management Conference, shall be rescheduled as follows:

| Current Date | New Date | Event |
|---|---|---|
| 1/20/2006 | 3/17/2006 | Rule 26(f) Meeting; File Joint ADR Certification |
| 2/03/2006 | 3/31/2006 | File Case Mgmt. Statement and Rule 26(f) Report |
| 2/~~10/2006~~ 2/9/06 | ~~4/07/2006~~ 4/6/06 | Case Management Conference |

IT IS SO STIPULATED.

Dated: December 21, 2005

Respectfully submitted,

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation


By: /s/ Barry J. Parker
Barry J. Parker/W. George Wailes
Attorneys for Plaintiff
CLEAR FOCUS IMAGING, INC.


Dated: December 21, 2005

LATHAM & WATKINS LLP


By: /s/ Mark A. Flagel
Mark A. Flagel/Shannon M. Eagan
Attorneys for Defendant
3M Company

**O R D E R**

IT IS SO ORDERED.

Dated: 12/30/05

PHYLLIS J. HAMILTON
United States District Judge

STIP & AND ORDER RESCHEDULING CMC AND
RELATED DATES (Case No. 05-04062PJH)

2