| | |
|---|---|
| 1 | W. George Wailes, Esq. (Bar No. 100435) |
| | Barry J. Parker (Bar No. 151732) |
| 2 | CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN |
| | Professional Law Corporation |
| 3 | 216 Park Road |
| | P.O. Box 513 |
| 4 | Burlingame, California  94011-0513 |
| | Telephone:     (650) 342-9600 |
| 5 | Facsimile:      (650) 342-7685 |
| 6 | Attorneys for Plaintiff |
| | CLEAR FOCUS IMAGING, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR FOCUS IMAGING, INC., | No.  05-04062 PJH |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)** ; AND ORDER |
| vs. | |
| 3M COMPANY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective attorneys that this action, including all claims and counterclaims herein, is dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(ii) with each party bearing its own attorney fees, costs and expenses.

Dated:  March 13, 2006

                        CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                        Professional Law Corporation


                    By:  /s/ Barry J. Parker
                              Barry J. Parker
                             Attorneys for Plaintiff
                        CLEAR FOCUS IMAGING, INC.

1 | Dated: March 13, 2006

LATHAM & WATKINS LLP

By: /s/ Mark A. Flagel
Mark A. Flagel
Attorneys for Defendant
3M Company

**O R D E R**

IT IS SO ORDERED.

Dated: 3/14/06 _____

*IT IS SO ORDERED*
*[signature]*
*Judge Phyllis J. Hamilton*
*United States District Court, Northern District of California [seal]*

14950.00026\BGLIB1\1286753.1                    Stipulation of Dismissal with Prejudice

2